DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| 375A14 | Arnesen, et al. v. Rivers Edge Golf Club and Plantation, Inc. | Special Order (COA14-870) | Special Order |
|---|---|---|---|
| 376A14 | Anderson, et al. v. Coastal Communities at Ocean Ridge Plantation, Inc., et al. | Special Order (COA14-871) | Special Order |
| 377A14 | Barton, et al. v. Coastal Communities at Ocean Ridge Plantation, Inc., et al. | Special Order (COA14-872) | Special Order |
| 378A14 | Barry, et al. v. Ocean Isle Palms, Inc., et al. | Special Order (COA14-873) | Special Order |
| 379A14 | Beadnell, et al. v. Coastal Communities at Ocean Ridge Plantation, Inc., et al. | Special Order (COA14-874) | Special Order |
| 380A14 | Cubbage, et al. v. Board of Trustees of N.C. State University Endowment Fund, et al. | Special Order (COA14-311) | Special Order |
| 407P13-2 | State v. Shawn Germaine Fraley | Def's *Pro Se* Motion for NOA (COAP14-509) | Dismissed *ex mero motu* |